# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY RENTERIA, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>GARFIELD BEACH CVS, L.L.C., a California corporation; JANE DOE, an individual; and DOES 1 through 100, inclusive,<br><br>    Defendants. | No. 2:21-cv-07633-JAK(AFMx)<br><br>**ORDER RE STIPULATION TO REMAND CASE TO SUPERIOR COURT (DKT. 14)**<br><br>**JS-6** |

    Based on a review of the parties' Stipulation to Remand Case to Superior Court (the "Stipulation" (Dkt. 14)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. The matter is remanded to the Superior Court of the State of California, Los Angeles County, for all further proceedings (Stanley Mosk Courthouse, Case No. 21STCV31143). Each party shall bear its own attorney's fees associated with remand and Defendant Garfield Beach CVS, L.L.C. will bear the costs, if any, associated with remand. Upon remand, Defendant Garfield Beach CVS, L.L.C. will file a responsive pleading within 10 days of receipt of the action by the Superior Court.

/ /

/ /

**IT IS SO ORDERED.**

DATED: November 2, 2021

_____
John A. Kronstadt
United States District Judge